# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

Luz Luciano, a/k/a CHILA,
Daniel Aguilar),
Roberto Solorio, and
Ricardo Estrada.

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1732-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>April 1, 2004 through May 1, 2004</u> in <u>Essex</u> county, in the District of <u>Massachusetts</u>, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one and other and with other persons unknown, to possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance,

in violation of Title ___21___ United States Code, Section(s) ___846___.

I further state that I am a(n) <u>Drug Enforcement Administration</u> and that this complaint is based on the following facts:
                                    Official Title

**See Attached Affidavit of SA JEAN DROUIN**

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

Signature of Complainant
**JEAN DROUIN**
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

May 3, 2004                        at    Worcester, Massachusetts
Date                                      City & State

**CHARLES B. SWARTWOOD, III**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer        Signature of Judicial Officer