```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. M-04-1732-CBS |
| **LUZ LUCIANO,** | ) |
| | ) |
| Defendant. | ) |

**ASSENTED TO MOTION TO CONTINUE PROBABLE CAUSE AND DETENTION HEARING UNTIL WEDNESDAY JUNE 9, 2004**

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the probable cause and detention hearing of Luz Luciano (defendant) from June 4, 2004 to June 9, 2004, as counsel for defendant will be unable to appear on June 4, 2004 due to another judicial commitment. Defendant assents to this motion.

                                              **Respectfully submitted,**

                                              **MICHAEL J. SULLIVAN**
                                              United States Attorney

                                              **/s/ Robert L. Peabody**
                                              **ROBERT L. PEABODY**
                                              Assistant U.S. Attorney
                                              (617)748-3240

**Dated:** June 4, 2004