AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

__LUZ LUCIANO__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __04-1732-01-CBS__

I, __MARIA ESCOBAR AKA LUZ LUCIANO__, charged in a ☒ complaint ☐ petition pending in this District with __CONSPIRACY TO DISTRIBUTE__ in violation of Title __21__, U.S.C., __846 841__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

__6/15/04__
Date

__Maria A Escobar de Argueta__
Defendant

__[signature]__
Counsel for Defendant